# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HARVEY MIGUEL ROBINSON, JR.** : | |
| : | |
| v.  : | **CIVIL ACTION NO. 21-4844** |
| : | |
| **JOHN E. WETZEL** : | |
| *SECRETARY, PA DEPARTMENT OF* : | |
| *CORRECTIONS, INDIVIDUALLY AND* : | |
| *IN HIS OFFICIAL CAPACITY,* : | |
| **ET AL.** : | |

## ORDER

This 27th day of May, 2022, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF 16) is **DENIED** without prejudice to submission following further case management orders issued by the Court.

/s/ Gerald Austin McHugh
United States District Judge